UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re: JERRI TOLBERT TURNBOUGH          Case No.: 12-81585
                                                                             Chapter 13
    Debtor

## DEBTOR'S OBJECTION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

**COMES NOW,** the debtor, by and through the undersigned attorney of record, and moves to object to the Chapter 13 Trustee's Motion to Dismiss her Chapter 13, and states as grounds therefore as follows:

1. The debtor claims she was giving her Chapter 13 Trustee money order payments to her daughter to mail, but she did not.

2. The debtor claims she will personally make sure her Trustee payments are made and has given the undersigned a copy of a $500.00 money order dated October 15, 2013 which she claims to have mailed to the Trustee. The debtor desires to stay in Chapter 13.

**WHEREFORE,** the undersigned would respectfully request this Honorable Court to deny the Chapter 13 Trustee's Motion to Dismiss.

Respectfully submitted this the 17th day of October, 2013.

                                               /s/ David S. Clark
                                               DAVID S. CLARK (CLA068)
                                               Attorney at Law, LLC
                                               Attorney for Debtor
                                               P.O. Box 1586
                                               Opelika, AL 36801
                                               334-749-3800

# CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing objection upon the parties listed below by electronic mail or by placing a copy of the same in the United States mail, first class postage prepaid and properly addressed as follows:

U.S BANKRUPTCY COURT  
One Church Street  
Montgomery, AL 36104

U.S. BANKRUPTCY ADMINISTRATOR  
One Church Street  
Montgomery, AL 36104

CURTIS C. REDING  
CHAPTER 13 TRUSTEE  
P.O Box 173  
Montgomery, AL 36104

DONE this the 17th day of October, 2013.

    /s/ David S. Clark  
    DAVID S. CLARK (CLA068)  
    Attorney at Law, LLC  
    Attorney for Debtor  
    P.O. Box 1586  
    Opelika, AL 36801  
    334-749-3800

Case 12-81585    Doc 33    Filed 10/17/13    Entered 10/17/13 09:58:25    Desc Main
Document      Page 2 of 2